IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | **05 CR 10190 RWZ**<br>CRIMINAL ACTION |
| v.<br>TIRSO DE JESUS BAEZ a/k/a<br>Hector Munoz | **COUNT ONE:**<br>18 U.S.C. §1028A –<br>(Aggravated Identity Theft)<br>**COUNT TWO:**<br>18 U.S.C. §911 (False<br>Claim to U.S.<br>Citizenship)<br>**COUNT THREE:**<br>8 U.S.C. §1326(a) and (b)(1)<br>(Illegal Re-entry by a<br>Deported Alien) |

### INDICTMENT

**COUNT ONE**: 18 U.S.C. §1028A(a)(1) – Aggravated Identity Theft

Beginning on or about November 1, 2004 and continuing until at least July 7, 2005, in the District of Massachusetts,

**TIRSO DE JESUS BAEZ a/k/a**
**Hector Munoz**

the defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, a birth certificate, name and date of birth, during and in relation to a false claim to United States citizenship in violation of 18 U.S.C. §911 and illegal re-entry by a deported alien in violation of 8 U.S.C. §1326(a).

All in violation of Title 18, United States Code, Section 1028A and 18 United States Code, Section 2.

The Grand Jury further charges:

**COUNT TWO:** 18 U.S.C. §911 - False Claim to United States Citizenship

Beginning on or about October 31, 2001 and continuing until at least July 7, 2005, in the District of Massachusetts,

**TIRSO DE JESUS BAEZ a/k/a
Hector Munoz**

the defendant herein, did falsely and willfully represent himself to be a citizen of the United States.

All in violation of Title 18, United States Code, Section 911 and Title 18, United States Code, Section 2.

**COUNT THREE**:   8 U.S.C. §1326 -- Illegal Re-entry of Deported Alien

The Grand Jury further charges that:

On July 7, 2005, at Boston, in the District of Massachusetts,

**TIRSO DE JESUS BAEZ**
**a/k/a**
**HECTOR MUNOZ**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a)(1) and (b)(1) and Title 6, United States Code, Sections 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
NADINE PELLEGRINI
(Assistant) United States Attorney

DISTRICT OF MASSACHUSETTS                July 27, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

12:22P

**&JS 45** (5/97) - (Revised USAO MA 3/29/04)

05CR 10190RWZ

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** ICE

**City** Boston   **Related Case Information:**

**County** Suffolk
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Tirso DeJesus Baez   Juvenile  ☐ Yes  ☒ No

Alias Name  Hector Munoz

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M  Race: H  Nationality: DR

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Nadine Pellegrini   Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/27/05   Signature of AUSA: *Nadine Pellegrini*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): 05CR10190RWZ

Name of Defendant    Tirso DeJesus Baez

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1028A | Aggravated Identity Theft | 1 |
| Set 2 | 18 USC 911 | False Claim to US Citizenship | 2 |
| Set 3 | 8 USC 1326(a) | Illegal re-entry by deported alien | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**