# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

v.                          CRIMINAL NO. 2005-10190-RWZ

TIRSON DEJESUS BAEZ,
        Defendant.

# *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time

period within which trial must commence:

7/27/2005 - Indictment returned.

7/29/2005 - Arraignment

7/30 - 8/26/2005 - Excluded as per L.R. 112.2(A)(2)

9/20/2005- Conference held.

9/21 - 10/31/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of October 31, 2005, TWENTY-FOUR (24) non-excludable days

will have occurred leaving FORTY-SIX (46) days left to commence trial so as to

be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

September 21, 2005.