UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            Criminal No. 05-10190-RWZ

v.

TIRSON DEJESUS BAEZ

REPORT ON INITIAL STATUS CONFERENCE

On September 20, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties represent that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

   For the government: None
   For the defense:    None

2. Features of case that deserve special attention or modification of the standard schedule

   For the government: None at the moment
   For the defense:    None at the moment

3. Anticipated supplemental discovery

   For the government: Government expects further discovery regarding authenticity of documents.
   For the defense:    None

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

   If the matter proceeds to trial, the government expects to call a witness as to fingerprint identification.

UNITED STATES DISTRICT COURT
DIST. OF MASS.

FILED IN OPEN COURT

DATE 9/20/05

Deputy Clerk

5.  Applicable periods of excludable delay under Speedy Trial Act

    From 7/29/05 (date of initial appearance/detention) until 8/27/05 (Automatic Discovery period).
    9/20/05 (date of initial status conference).

6.  Trial is/is not anticipated. Estimated duration of trial

    The government expects that trial will take approximately four days.

7. Other matters:

    For the government: None
    For the defense:    Will request a motion date

_____  _____
David Duncan, Esq.           Nadine Pellegrini, Esq.
Counsel for the Defendant    Assistant U.S. Attorney

Dated: September 20, 2005