# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                      CRIMINAL NO. 2005-10190-RWZ

TIRSO DE JESUS BAEZ, ETC.,
    Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

11/9/2005 - Conference held.

Thus, as of November 9, 2005, THIRTY-TWO (32) non-excludable days have occurred leaving THIRTY-EIGHT (38) days left to commence trial so as to be within the seventy-day period for statute.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

November 9, 2005