1049819

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED CLERKS OFFICE
2006 JUN 30 A 11:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

TIRSO DE JESUS BAEZ a/k/a
Hector Munoz

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10190 RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___TIRSO DE JESUS BAEZ a/k/a Hector Munoz___
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

Aggravated Identiy Theft, False Claim to U.S. Citizenship and Illegal Re-entry after Deportation.

in violation of Title __18__ United States Code, Section(s) __1028A; 18 USC Sect. 911 and 8 USC Sect. 1326__

Catherine M. Gawlik
Name of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

7-27-05 Boston
Date and Location

RECEIVED
2005 JUL 27 P 2:56
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY IAS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 1/25/06

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.